# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| James Darin Sisk, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:18-cv-00366-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| Kevin Holden, et al., | ) | |
| | ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 29, 2020 Order.

December 29, 2020

Frank G. Johns, Clerk
United States District Court